JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Robert Zaccone and Sharon DiPalma-Zaccone

## DEFENDANTS
Clifford C. Haworth-Dodd, United States, United States Postal Service a/k/a Postal Service.

**(b)** County of Residence of First Listed Plaintiff: **Bergen County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **Bergen County**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Andrew L. Statmore, Esq. (973)777-8600
Fredson, Statmore Bitterman, LLC
400 Broadacres Drive, St. 180, Bloomfield, NJ 07003

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☒ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | | | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| | | | | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S.C § 2671
Brief description of cause:
Personal Injury and Property Damage and loss of services and consortium

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
**DEMAND $** 10,004,773.56
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 06/01/2020
SIGNATURE OF ATTORNEY OF RECORD
Andrew L. Statmore, Esq.

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

JS 44 Reverse (Rev. 06/17)

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44
Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

I.(a) **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.
  (b) **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)
  (c) **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

II. **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

III. **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

IV. **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

V. **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket.
**PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

VI. **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service

VII. **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

VIII. **Related Cases.** This section of the JS 44 is used to reference related pending cases, if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.

**FREDSON STATMORE BITTERMAN, LLC**
ANDREW L. STATMORE, ESQ.
Attorney ID: 021671995
400 Broadacres Drive, Suite 180
Bloomfield, NJ 07003-3156
Attorney for Plaintiff
973-777-8600
File No.: 25748

|  |  |
|---|---|
| ROBERT ZACCONE and SHARON DIPALMA-ZACCONE,<br><br>　　　　　　　　　Plaintiff(s),<br><br>vs.<br><br>CLIFFORD C. HAWORTH -DODD, UNITED STATES, UNITED STATES POSTAL SERVICE a/k/a POSTAL SERVICE, JOHN DOE 1-10 and ABC CORP. 1-10 (names being fictitious as true identities are unknown at this time),<br><br>　　　　　　　　　Defendant(s). | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action No.:<br><br>**COMPLAINT<br>AND<br>JURY DEMAND** |

Plaintiffs, by and through their undersigned attorneys, allege as follows:

### FIRST COUNT

1. This action is brought pursuant to the Federal Tort Claims Act, 28 U.S.C.A. §§ 2671 et seq. This court is vested with jurisdiction pursuant to 28 U.S.C.A. § 1346(b).

2. Plaintiffs are residents of Bergen County, New Jersey, and reside within the United States District Court, District of New Jersey, Newark, New Jersey. Venue is, therefore, proper in this Court.

3. On November 13, 2018, Defendant, Clifford C. Haworth-Dodd, was operating a motor vehicle as an employee and agent of the United States Postal Service (USPS) within the scope and course of his employment in a residential neighborhood while delivering mail.

4. Defendant, Clifford C. Haworth-Dodd, negligently and carelessly operated his USPS vehicle, negligently failed to keep a proper lookout for other vehicles, negligently operated his motor vehicle by failing to stop at a stop and was careless and negligent in such other respects as will be shown through continuing discovery all of which cause damages to the Plaintiffs.

5. Fictitiously named Defendants herein, who are agents and employees of the United States Postal Service, were responsible for the training of Clifford C. Haworth- Dodd and other agents and employees of the United States Postal Service who were responsible for the training of Defendant, Clifford C. Haworth-Dodd, and were acting in the course and scope of their duties and employment and were negligent in failing to properly train Defendant, Clifford C. Haworth-Dodd and were negligent in failing to promulgate and properly monitor and enforce safe driving procedures.

6. While Robert Zaccone was the driver of a motor vehicle, the Defendant, Clifford C. Haworth-Dodd, negligently failed to stop at a stop sign at the intersection of Park Avenue and Railroad Avenue in East Rutherford, New Jersey, County of Bergen, State of New Jersey. Such negligence constitutes negligence per se under New Jersey state law and was a substantial proximate cause of Robert Zaccone's horrific and permanent injuries.

7. Defendants, United States and Postal Service a/k/a United States Postal Service, are responsible for the acts and omissions of Defendant, Clifford C. Haworth-Dodd and other agents of the United States Postal Service under the doctrine of respondeat superior.

8. As a direct and proximate result of the negligent acts and omissions of Defendant, Clifford C. Haworth-Dodd, and other agents of the United States Postal Service as set forth above, Robert Zaccone sustained serious and permanent personal injuries and other damages for

which he is entitled to receive significant compensation. Moreover, Plaintiff, Robert Zaccone, has suffered and will continue to suffer significant physical and mental pain and suffering and has suffered and will continue to suffer emotional distress.

9. As a further direct and proximate result of the acts of negligence committed by Defendant, Clifford C. Haworth-Dodd, Plaintiff, Robert Zaccone, incurred and continues to incur significant medical expenses in connection with medical treatment for which he is entitled to recover.

10. On or about November 1, 2019, Plaintiffs submitted by registered mail to the Chief Counsel, National Tort Center, U.S. Postal Service, P.O. Box 66640, St. Louis, MO 63166-6640, the proper claim for damages and injury in a completed and signed Standard Form 95 as prescribed by the Department of Justice under 28 C.F.R. § 14.2, a copy of which claim, marked **Exhibit A and Exhibit B**, is attached to this complaint. The claim properly sets out the information required, including the nature and extent of Plaintiffs' injuries and other damages, and was submitted in the amount of *$5,000,000.00* for personal injuries for Robert Zaccone; for *$5,000.000.00* for loss of services and consortium for Sharon DiPalma-Zaccone; for *$4,773.56* for property damage for Robert Zaccone.

11. The United States Postal Service has refused, neglected, and otherwise denied the claim by inaction.

**WHEREFORE,** Plaintiff(s) demand judgment against the Defendant(s) jointly, severally or in the alternative for bodily injury damages including but not limited to medical costs, expenses, interest and cost of suit.

## SECOND COUNT

1. Plaintiff(s), repeat and reiterate each and every allegation as set forth at length herein.

2. At all times previously mentioned Plaintiff, Sharon DiPalma-Zaccone, was the spouse of the previously mentioned Plaintiff(s) and as such is entitled to the consortium, services, comfort, society, advice, guidance and companionship of the Plaintiff(s).

3. As the result of the actions of the Defendant(s) aforesaid, Plaintiff(s) have been deprived of those items, suffered losses and have otherwise been obligated for expenses.

**WHEREFORE,** Plaintiff(s) demand judgment against the Defendant(s) jointly, severally or in the alternative for bodily injury damages including but not limited to medical costs, expenses, interest and cost of suit.

## THIRD COUNT

1. Plaintiff(s), repeat and reiterate each and every allegation as set forth at length herein.

2. As the result of the careless and negligence of the Defendant(s), Plaintiff(s) suffered property damage.

**WHEREFORE,** Plaintiffs demand judgment against defendant as follows:

1. Damages in the amount of *$10,004,773.56*;

    A. *$10,000.000.00* for Robert Zaccone for personal injuries.

    B. *$10,000.000.00* for Sharon Di-Palma Zaccone for loss of services.

    C. *$4,773.56* for property damage for Robert Zaccone.

2. Interest on such damages awarded according to law;

3. Costs of this action; and

4. Such other and further relief as the court deems just and proper.

## **JURY DEMAND**

Plaintiff(s) demand trial by jury.

                                   FREDSON STATMORE BITTERMAN, LLC

BY: _____
                        ANDREW L. STATMORE, ESQ.

Dated:   June 01, 2020

# EXHIBIT A



# FREDSON STATMORE BITTERMAN LLC
## A PERSONAL INJURY LAW FIRM

400 Broadacres Drive, Suite 180, Bloomfield, New Jersey 07003-3156

📞 973-777-8600    📠 973-777-8645
www.fredsonstatmore.com

| | |
|---|---|
| BARRY FREDSON * □ o | * CERTIFIED BY THE SUPREME COURT |
| ANDREW L. STATMORE □ o ◊ ☆ | OF NJ AS A CIVIL TRIAL ATTORNEY |
| LANCE J. BITTERMAN □ | □ MEMBER NEW JERSEY BAR |
| LORI B. SHLIONSKY □ | o MEMBER NEW YORK BAR |
| NICHOLAS J WALTMAN □ | ◊ MEMBER FLORIDA BAR |
| | ☆ MEMBER D.C. BAR |

November 1, 2019

Chief Counsel
National Tort Center
U.S. Postal Service, P.O. Box 66640
St. Louis, MO 63166-6640

> RE:   Claimant: Robert Zaccone
>       Insured: United States Postal Services
>       Driver: Clifford Haworth-Dodd
>       Claim No.: 071-19-00411765A
>       D/A: 11/13/2018
>       Our File No: 25748

Dear Sir/Madam:

    This letter will confirm that the above referenced attorneys have been retained by the above referenced claimant with respect to injuries as indicated above.

    The retention is for damages resulting from actions by the Postal Service, the United States Postal Service, the United States and employees of the aforementioned. Pursuant to the Federal Tort Claims Act 39 U.S.C. § 409, 28 U.S.C. §1346 (b), 2401 (b), 2761-2680, the fee arrangement will be in accordance with 28 U.S. Code, § 2678 and § 2677 of that title and 2672 of that title and refer to 28 USC 2671 et seq. and 39 CFR Part 912 for further information.

    Enclosed please find an amended FS95 form, which has amended the amount of claim for personal injury to $10,004,773.56 in light of unforeseen medical procedures and future anticipated medical procedures.

    Please be guided accordingly.

> Very truly yours,
> FREDSON STATMORE BITTERMAN LLC
>
> LANCE J. BITTERMAN

LJB:jc
Enc.

Agreed to by: Robert Zaccone

| CLAIM FOR DAMAGE, INJURY, OR DEATH | INSTRUCTIONS: Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions. | FORM APPROVED OMB NO. 1105-0008 |
|---|---|---|

**1. Submit to Appropriate Federal Agency:**

Chief Counsel, National Tort Center
U.S. Postal Service, P.O. Box 66640
St. Louis, MO 63166-6640

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

Robert Zaccone c/o Fredson Statmore Bitterman, LLC 400 Broadacres Drive, St. 180, Bloomfield, New Jersey 07003

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY  ☒ CIVILIAN | 11/27/1962 | married | 11/13/2018    Tuesday | 6:37 p.m. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant was driving his vehicle when he was struck by a USPS mail truck that failed to properly observe, yield or stop at a stop sign.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Robert Zaccone, 136 Jocelyn Avenue, Woodbridge, New Jersey 07075.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Park Avenue, south of Railroad Avenue in East Rutherford, New Jersey.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Neck, back, headaches and other neurological and orthopedic injuries as will more accurately describe by physicians.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| NA | NA |

**12. AMOUNT OF CLAIM (in dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $4,773.56 | $10,000,000.00 | $0.00 | $10,004,773.56 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| /s/ Robert Zaccone | 973-580-9211 | 11/1/19 |

| CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM | CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS |
|---|---|
| The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729). | Fine, Imprisonment, or both. (See 18 U.S.C. 287, 1001.) |

Authorized for Local Reproduction
Previous Edition is not Usable
95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE | |
|---|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. | |
| 15. Do you carry accident insurance? [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number. [ ] No | |
| Plymouth Rock Assurance--- Policy No.: TCA00001001186<br>PO BOX 900<br>Lincroft, New Jersey 07738 | |
| 16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible? [X] Yes [ ] No<br><br>Yes, PIP is deductible. | 17. If deductible, state amount.<br><br>$250.00 |
| 18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim? (It is necessary that you ascertain these facts).<br>PIP application has been submitted. | |
| 19. Do you carry public liability and property damage insurance? [ ] Yes   If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No | |

### INSTRUCTIONS

**Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.**

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY

**Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.**

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

DAMAGES IN A <u>SUM CERTAIN</u> FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN <u>TWO YEARS</u> AFTER THE CLAIM ACCRUES.

The amount claimed should be substantiated by competent evidence as follows:

*(a)* In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

*(b)* In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

*(c)* In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

*(d)* **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

### PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

B. *Principal Purpose:* The information requested is to be used in evaluating claims.
C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

### PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

**STANDARD FORM 95** REV. (2/2007) BACK

# EXHIBIT B



# FREDSON STATMORE BITTERMAN LLC
### A PERSONAL INJURY LAW FIRM

400 Broadacres Drive, Suite 180, Bloomfield, New Jersey 07003-3156

📞 973-777-8600      📠 973-777-8645
www.fredsonstatmore.com

BARRY FREDSON * ☐ o
ANDREW L. STATMORE ☐ o ◊ ★
LANCE J. BITTERMAN ☐
LORI B. SHLIONSKY ☐
NICHOLAS J WALTMAN ☐

\* CERTIFIED BY THE SUPREME COURT
OF NJ AS A CIVIL TRIAL ATTORNEY
☐ MEMBER NEW JERSEY BAR
o MEMBER NEW YORK BAR
º MEMBER FLORIDA BAR
★ MEMBER D.C. BAR

November 1, 2019

Chief Counsel
National Tort Center
U.S. Postal Service, P.O. Box 66640
St. Louis, MO 63166-6640

RE:  Claimant:   Sharon DiPalma-Zaccone
     Insured:    United States Postal Services
     Driver:     Clifford Haworth-Dodd
     Claim No.:  071-19-00411765A (possibly associated with this claim number)
     D/A:        11/13/2018
     Our File No: 25748

Dear Sir/Madam:

    This letter will confirm that the above referenced attorneys have been retained by the above referenced claimant with respect to injuries as indicated above.

    The retention is for damages resulting from actions by the Postal Service, the United States Postal Service, the United States and employees of the aforementioned. Pursuant to the Federal Tort Claims Act 39 U.S.C. § 409, 28 U.S.C. §1346 (b), 2401 (b), 2761-2680. The fee arrangement will be in accord with 28 U.S. Code, § 2678 and § 2677 of that title and 2672 of that title and refer to 28 USC 2671 et seq. and 39 CFR Part 912 for further information.

    Enclosed please find the FS95 form on behalf of Sharon DiPalma-Zaccone. Please be guided accordingly.

Very truly yours,
FREDSON STATMORE BITTERMAN LLC

LANCE J. BITTERMAN

LJB:jc
Enc.

Agreed to by, Sharon DiPalma-Zaccone

via regular mail and certified mail: 7019 0160 0000 7454 9762

# CLAIM FOR DAMAGE, INJURY, OR DEATH

**INSTRUCTIONS:** Please read carefully the instructions on the reverse side and supply information requested on both sides of this form. Use additional sheet(s) if necessary. See reverse side for additional instructions.

FORM APPROVED
OMB NO. 1105-0008

**1. Submit to Appropriate Federal Agency:**

Chief Counsel, National Tort Center
U.S. Postal Service, P.O. Box 66640
St. Louis, MO 63166-6640

**2. Name, address of claimant, and claimant's personal representative if any.** (See instructions on reverse). Number, Street, City, State and Zip code.

Sharon DiPalma-Zaccone c/o Fredson Statmore Bitterman, LLC 400 Broadacres Drive, St. 180, Bloomfield, New Jersey 07003

| 3. TYPE OF EMPLOYMENT | 4. DATE OF BIRTH | 5. MARITAL STATUS | 6. DATE AND DAY OF ACCIDENT | 7. TIME (A.M. OR P.M.) |
|---|---|---|---|---|
| ☐ MILITARY ☒ CIVILIAN | 7/14/65 | married | 11/13/2018   Tuesday | 6:37 p.m. |

**8. BASIS OF CLAIM** (State in detail the known facts and circumstances attending the damage, injury, or death, identifying persons and property involved, the place of occurrence and the cause thereof. Use additional pages if necessary).

Claimant is the wife of claimant, Robert Zaccone, and has a claim for loss of services and consortium as a result of injuries to her husband, Robert Zaccone, who was driving his vehicle when a USPS mail truck failed to properly observe, yield or stop at a stop sign.

**9. PROPERTY DAMAGE**

NAME AND ADDRESS OF OWNER, IF OTHER THAN CLAIMANT (Number, Street, City, State, and Zip Code).

Sharon DiPalma-Zaccone, 136 Jocelyn Avenue, Woodbridge, New Jersey 07075.

BRIEFLY DESCRIBE THE PROPERTY, NATURE AND EXTENT OF THE DAMAGE AND THE LOCATION OF WHERE THE PROPERTY MAY BE INSPECTED. (See instructions on reverse side).

Park Avenue, south of Railroad Avenue in East Rutherford, New Jersey.

**10. PERSONAL INJURY/WRONGFUL DEATH**

STATE THE NATURE AND EXTENT OF EACH INJURY OR CAUSE OF DEATH, WHICH FORMS THE BASIS OF THE CLAIM. IF OTHER THAN CLAIMANT, STATE THE NAME OF THE INJURED PERSON OR DECEDENT.

Loss of services and consortium.

**11. WITNESSES**

| NAME | ADDRESS (Number, Street, City, State, and Zip Code) |
|---|---|
| NA | NA |

**12. AMOUNT OF CLAIM (In dollars)**

| 12a. PROPERTY DAMAGE | 12b. PERSONAL INJURY | 12c. WRONGFUL DEATH | 12d. TOTAL (Failure to specify may cause forfeiture of your rights). |
|---|---|---|---|
| $0.00 | $10,000,000.00 | $0.00 | $10,000,000.00 |

I CERTIFY THAT THE AMOUNT OF CLAIM COVERS ONLY DAMAGES AND INJURIES CAUSED BY THE INCIDENT ABOVE AND AGREE TO ACCEPT SAID AMOUNT IN FULL SATISFACTION AND FINAL SETTLEMENT OF THIS CLAIM.

| 13a. SIGNATURE OF CLAIMANT (See instructions on reverse side). | 13b. PHONE NUMBER OF PERSON SIGNING FORM | 14. DATE OF SIGNATURE |
|---|---|---|
| [signature] | 973-580-9211 | 10/1/19 |

**CIVIL PENALTY FOR PRESENTING FRAUDULENT CLAIM**

The claimant is liable to the United States Government for a civil penalty of not less than $5,000 and not more than $10,000, plus 3 times the amount of damages sustained by the Government. (See 31 U.S.C. 3729).

**CRIMINAL PENALTY FOR PRESENTING FRAUDULENT CLAIM OR MAKING FALSE STATEMENTS**

Fine, imprisonment, or both. (See 18 U.S.C. 287, 1001.)

Authorized for Local Reproduction
Previous Edition is not Usable

95-109

NSN 7540-00-634-4046

STANDARD FORM 95 (REV. 2/2007)
PRESCRIBED BY DEPT. OF JUSTICE
28 CFR 14.2

| INSURANCE COVERAGE |
|---|
| In order that subrogation claims may be adjudicated, it is essential that the claimant provide the following information regarding the insurance coverage of the vehicle or property. |

**15. Do you carry accident insurance?** [X] Yes  If yes, give name and address of insurance company (Number, Street, City, State, and Zip Code) and policy number.  [ ] No

Plymouth Rock Assurance--- Policy No.: TCA00001001186
PO BOX 900
Lincroft, New Jersey 07738

**16. Have you filed a claim with your insurance carrier in this instance, and if so, is it full coverage or deductible?** [X] Yes [ ] No

Yes, PIP is deductible.

**17. If deductible, state amount.**

$250.00

**18. If a claim has been filed with your carrier, what action has your insurer taken or proposed to take with reference to your claim?** (It is necessary that you ascertain these facts).

PIP application has been submitted.

**19. Do you carry public liability and property damage insurance?** [ ] Yes  If yes, give name and address of insurance carrier (Number, Street, City, State, and Zip Code). [X] No

## INSTRUCTIONS

Claims presented under the Federal Tort Claims Act should be submitted directly to the "appropriate Federal agency" whose employee(s) was involved in the incident. If the incident involves more than one claimant, each claimant should submit a separate claim form.

Complete all items - Insert the word NONE where applicable.

A CLAIM SHALL BE DEEMED TO HAVE BEEN PRESENTED WHEN A FEDERAL AGENCY RECEIVES FROM A CLAIMANT, HIS DULY AUTHORIZED AGENT, OR LEGAL REPRESENTATIVE, AN EXECUTED STANDARD FORM 95 OR OTHER WRITTEN NOTIFICATION OF AN INCIDENT, ACCOMPANIED BY A CLAIM FOR MONEY DAMAGES IN A **SUM CERTAIN** FOR INJURY TO OR LOSS OF PROPERTY, PERSONAL INJURY, OR DEATH ALLEGED TO HAVE OCCURRED BY REASON OF THE INCIDENT. THE CLAIM MUST BE PRESENTED TO THE APPROPRIATE FEDERAL AGENCY WITHIN **TWO YEARS** AFTER THE CLAIM ACCRUES.

Failure to completely execute this form or to supply the requested material within two years from the date the claim accrued may render your claim invalid. A claim is deemed presented when it is received by the appropriate agency, not when it is mailed.

If instruction is needed in completing this form, the agency listed in item #1 on the reverse side may be contacted. Complete regulations pertaining to claims asserted under the Federal Tort Claims Act can be found in Title 28, Code of Federal Regulations, Part 14. Many agencies have published supplementing regulations. If more than one agency is involved, please state each agency.

The claim may be filled by a duly authorized agent or other legal representative, provided evidence satisfactory to the Government is submitted with the claim establishing express authority to act for the claimant. A claim presented by an agent or legal representative must be presented in the name of the claimant. If the claim is signed by the agent or legal representative, it must show the title or legal capacity of the person signing and be accompanied by evidence of his/her authority to present a claim on behalf of the claimant as agent, executor, administrator, parent, guardian or other representative.

If claimant intends to file for both personal injury and property damage, the amount for each must be shown in item number 12 of this form.

The amount claimed should be substantiated by competent evidence as follows:

(a) In support of the claim for personal injury or death, the claimant should submit a written report by the attending physician, showing the nature and extent of the injury, the nature and extent of treatment, the degree of permanent disability, if any, the prognosis, and the period of hospitalization, or incapacitation, attaching itemized bills for medical, hospital, or burial expenses actually incurred.

(b) In support of claims for damage to property, which has been or can be economically repaired, the claimant should submit at least two itemized signed statements or estimates by reliable, disinterested concerns, or, if payment has been made, the itemized signed receipts evidencing payment.

(c) In support of claims for damage to property which is not economically repairable, or if the property is lost or destroyed, the claimant should submit statements as to the original cost of the property, the date of purchase, and the value of the property, both before and after the accident. Such statements should be by disinterested competent persons, preferably reputable dealers or officials familiar with the type of property damaged, or by two or more competitive bidders, and should be certified as being just and correct.

(d) **Failure to specify a sum certain will render your claim invalid and may result in forfeiture of your rights.**

## PRIVACY ACT NOTICE

This Notice is provided in accordance with the Privacy Act, 5 U.S.C. 552a(e)(3), and concerns the information requested in the letter to which this Notice is attached.
  A. *Authority:* The requested information is solicited pursuant to one or more of the following: 5 U.S.C. 301, 28 U.S.C. 501 et seq., 28 U.S.C. 2671 et seq., 28 C.F.R. Part 14.

  B. *Principal Purpose:* The information requested is to be used in evaluating claims.
  C. *Routine Use:* See the Notices of Systems of Records for the agency to whom you are submitting this form for this information.
  D. *Effect of Failure to Respond:* Disclosure is voluntary. However, failure to supply the requested information or to execute the form may render your claim "invalid."

## PAPERWORK REDUCTION ACT NOTICE

This notice is <u>solely</u> for the purpose of the Paperwork Reduction Act, 44 U.S.C. 3501. Public reporting burden for this collection of information is estimated to average 6 hours per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Director, Torts Branch, Attention: Paperwork Reduction Staff, Civil Division, U.S. Department of Justice, Washington, DC 20530 or to the Office of Management and Budget. Do not mail completed form(s) to these addresses.

STANDARD FORM 95 REV. (2/2007) BACK