CRAIG CARPENITO
United States Attorney
BEN KURUVILLA
Assistant United States Attorney
970 Broad Street, Suite 700
Newark, NJ 07102
Tel.: (973) 297-2085
Email: ben.kuruvilla@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT ZACCONE and SHARON DIPALMA-ZACCONE,<br><br>*Plaintiffs,*<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>*Defendants.* | HON. ESTHER SALAS<br><br>*Civil Action No.* 2:20-cv-07452-ES-MAH<br><br>CONSENT ORDER TO DISMISS CLIFFORD HAWORTH-DODD AND THE UNITED STATES POSTAL SERVICE AS PARTIES |

This matter having been opened to the Court by the parties for an Order dismissing this action as against Clifford Haworth-Dodd and the United States Postal Service in accordance with the provisions of the Federal Tort Claims Act, 28 U.S.C. § 2679, with the consent of all parties, and for good cause shown,

IT IS on this **2nd** day of October, 2020,

ORDERED that this action is dismissed as against Defendants Clifford Haworth-Dodd and the United States Postal Service by consent of the parties. The action will proceed with the United States of America as the sole defendant. The Clerk shall reflect on the docket that Clifford Haworth-Dodd and the United States Postal Service are terminated as parties.

*/s/Esther Salas*
HON. ESTHER SALAS
United States District Judge

I consent to the form and entry of the foregoing Order.

| FREDSON, STATMORE BITTERMAN, LLC | CRAIG CARPENITO |
| --- | --- |
| 400 Broadacres Drive, Suite 180 | United States Attorney |
| Bloomfield, New Jersey 07003 | 970 Broad Street, Suite 700 |
| Attorneys for Plaintiffs | Newark, NJ 07102 |
| | Attorney for Defendants |
| | |
| | By: *s/Ben Kuruvilla* |
| *s/Andrew Statmore* | |
| _____ | _____ |
| Andrew Statmore, Esq. | Ben Kuruvilla |
| | Assistant United States Attorney |