**FREDSON STATMORE BITTERMAN, LLC**
400 Broadacres Drive, Suite 180
Bloomfield, NJ 07003-3156
Attorney for Plaintiffs
973-777-8600
File No.: 25748

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| ROBERT ZACCONE and SHARON DIPALMA-ZACCONE, <br><br>                    Plaintiff(s), <br><br> vs. <br><br> CLIFFORD C. HAWORTH -DODD, UNITED STATES, UNITED STATES POSTAL SERVICE a/k/a POSTAL SERVICE, JOHN DOE 1-10 and ABC CORP. 1-10 (names being fictitious as true identities are unknown at this time), <br><br>                    Defendant(s). | Civil Action <br><br> No.: 2:20-cv-07452-ES-MAH <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** |

The matter in difference in the above-entitled action having been amicably settled by and between the parties, it is hereby stipulated and agreed, by and between the attorneys for the parties, that the same be and it is hereby dismissed with prejudice in its entirety and with each party bearing its own costs, expenses and fees, including attorney's fees;

And it is further stipulated that The United States District Court for the District of New Jersey shall hereby no longer retain jurisdiction over the above-captioned action, this settlement, or The United States.

| | |
|---|---|
| **FREDON STATMORE BITTERMAN, LLC.** | **PHILIP R. SELLINGER**<br>United States Attorney |
| /s: / Andrew Statmore<br>_____<br>ANDREW STATMORE, ESQ.<br>200 Broadacres Dr, Suite 180<br>Bloomfield, NJ 07003<br>Email: andy@fredsonstatmore.com<br>*Attorneys for Plaintiff* | /s: / Margaret Ann Mahoney<br>_____<br>MARGARET ANN MAHONEY, ESQ.<br>Assistant United States Attorney<br>District of New Jersey<br>970 Broad St, Suite 700<br>Newark, NJ 07102<br>Email: margaret.ann.mahoney@usdoj.gov<br>*Attorneys for Defendants* |

Dated: 10/14/2024

 

SO ORDERED.
The Clerk of Court shall
CLOSE this matter.

_____
Hon. Esther Salas, U.S.D.J.
Dated: October 16, 2024